435 A.2d 1325

Commonwealth v. Selb, Appellant.

Submitted March 21, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.